MICKLES and MATTHEWS *against* TOUSLEY.

*Certiorari from a Justice's Court.*

The exemption of certain property from execution, by the statute, (*sess.* 38, *ch.* 227,) is a personal privilege of which the owner alone can take advantage.

His bailee, or agent, cannot maintain an action on this ground, for property taken in execution against the owner.

TRESPASS, by *Tousley* against *Mickles & Matthews,* for taking, and carrying away, out of the possession of the plaintiff, 27 sheep. And on issue and trial, it appeared that these sheep were taken and sold, on an execution in favour of *Mickles* against one *Whitney ;* and that *Matthews,* the other defendant, was the Deputy Sheriff who made the levy and sale, which was the trespass complained of. The plaintiff, *Tousley,* was the mere naked bailee of *Whitney,* the defendant in the execution, having the sheep upon his farm, to keep for *Whitney.* Judgment being given for the plaintiff, one question was, whether *Tousley* could sustain the action, upon the ground that any of the sheep were exempt from execution, under the statute, (*sess.* 38, *ch.* 227.)

*D. W. Forman,* for the plaintiff in error.

*N. P. Randall,* for the defendant.

*Curia.* It does not lie in the mouth of the defendant, to say that any of these sheep were exempt from execution. That is a privilege of which *Whitney* alone could avail himself.

Judgment reversed.